RECEIVED

OCT 2 8 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| DALE MILLER<br>LA. DOC #479248<br>VS. | CIVIL ACTION NO. 6:15-cv-1843<br><br>SECTION P<br><br>JUDGE RICHARD T. HAIK, SR. |
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE PATRICK J. HANNA |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Miller's various motions be **DENIED and DISMISSED** pursuant to FRCP Rule 41(b).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 28th day of October, 2015.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE